371 A.2d 229
Commonwealth v. Horton, Appellant.

Submitted March 19, 1976. Donald M. Bowman, and Gold, Bowman & Korman, for appellant; Ralph B. D'Iorio, Assistant District Attorney, and Stephen J. Mc-Ewen, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 349
Commonwealth v. Huey, Appellant.

Submitted April 12, 1976. John F. Wagner, Jr., Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.